UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 4:23-CR-028 MAL |
| | ) | |
| LaDERRICK DENNIS, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is Defendant's Motion to Continue Trial Date (Doc. [131]).  Trial in this matter is currently set for August 10, 2026.  Counsel states additional time is needed to allow the parties discuss changes to the plea agreement requested by the Defendant. The Government does not oppose Defendant's motion, and Defendant has filed an executed Waiver of Speedy Trial (Doc. [134]).

For the reasons stated in Defendant's motion, the Court finds that to deny Defendant's request for a continuance "would deny counsel . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv), and that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(7)(A). Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Continue (Doc. [131]) is **GRANTED**.

**IT IS FURTHER ORDERED** that trial in this matter is continued to **October 5, 2026, at 9:00 a.m.,** in the courtroom of the undersigned.

**IT IS FURTHER ORDERED** that a Frye hearing is set in this matter for **September 29, 2026, at 1:30 p.m.,** in the courtroom of the undersigned.

**IT IS FINALLY ORDERED** that the time between August 10, 2026, and October 5, 2026, is excluded from the computation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7).

Dated this 4th day of August, 2026.

*Maria A. Lanahan*
MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE